

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH DAKOTA
SOUTHERN DIVISION

*******************************************************************

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | * | CR 10-40083 |
| Plaintiff, | * | |
| vs. | * | ORDER |
| JEREMIAH C. REDERTH, | * | |
| Defendant. | * | |

*******************************************************************

Pending before the Court is the Defendant's Plea Agreement, Factual Basis Statement, and Supplement to Plea Agreement. A hearing to take the plea was held before the Magistrate Judge on September 23, 2010, and Judge Simko issued a Report and Recommendation accepting the plea, and recommending to this Court that the Defendant be adjudged guilty as charged in the Indictment with Distribution of a Controlled Substance to Juvenile in violation of 21 U.S.C. § 841(a)(1) and 859. After a careful review of the file, and the time for objections having expired,

IT IS ORDERED:

1. That the Magistrate Judge's Report and Recommendation is ADOPTED by the Court, and the Defendant Jeremiah C. Rederth is adjudged guilty.

Dated this 13th day of October, 2010.

BY THE COURT:

Lawrence L. Piersol
United States District Judge

ATTEST:
JOSEPH HAAS, CLERK
BY: Summer Wahu
DEPUTY